**DENY; and Opinion Filed August 5, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00926-CV

### IN RE KIMBERLY BAILEY, Relator

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-55177-05**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice O'Neill

Relator contends the trial judge erred in rendering certain temporary orders. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown she is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

130926F.P05